

**MEMO ENDORSED**

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY  11747

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
mcapobianco@littler.com

January 16, 2024

> The request to extend, until January 19, 2024, the deadline for the parties to submit a status report is granted.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: January 17, 2024
> New York, New York

**VIA ECF**

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Cai Guo et al. v. Centene Corporation, et al.*
        Case No. 22-cv-01743 (ER)

Dear Judge Ramos:

This firm represents Defendants Centene Corporation, Centene Management Company LLC, Wellcare Health Plans, Inc., and Comprehensive Health Management, Inc. (collectively, "Defendants"), in the above-referenced action.

We write in response to Your Honor's December 15 Order (Dkt. No. 47) regarding the parties' current stay and recent mediation session, to respectfully request an extension of time to file a status report concerning our stay and mediation, from January 16[1] to January 19.  The basis of this request is that the undersigned requires additional time to meet-and-confer with counsel for Plaintiffs regarding the status of the above-referenced matter.

Thank you, in advance, for your time and attention to this matter, and our sincere apologies for the delay in submitting the instant request to the Court.

Respectfully Submitted,

*/s/ Matthew R. Capobianco*

Matthew R. Capobianco
Craig R. Benson

LITTLER MENDELSON, P.C.

4858-1701-5454.1 / 095402-1029

---

[1] January 15 was Martin Luther King Jr. Day.