

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747

**MEMO ENDORSED**

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
631.719.7811 fax
mcapobianco@littler.com

January 19, 2024

The application is __X__ granted
                  ____ denied

_/s/ Edgardo Ramos_
Edgardo Ramos, U.S.D.J
Dated: January 19, 2024
New York, New York

<u>VIA ECF</u>

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Guo et al v. Centene Corporation et al*
               <u>Case No. 22-cv-01743</u>

Dear Judge Ramos:

      We are counsel for Defendants and write, jointly with counsel to Plaintiffs, to advise that the parties are continuing to discuss terms and conditions of a settlement, and are in the process of exchanging some post-mediation confirmatory discovery to aid in fully resolving the matter.

      In view of the foregoing, we respectfully request an additional 30-day extension of the current stay and propose to provide further update to the Court on February 18, 2024. This is the fourth request for extension of the stay, originally entered on July 19, 2023 [ECF 41].

      We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ Matthew R. Capobianco*

Matthew R. Capobianco

cc: all parties via ECF

littler.com