**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CAI GUO and WEI CHEN, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                          Plaintiffs,

v.

CENTENE CORPORATION,
CENTENE MANAGEMENT COMPANY LLC,
WELLCARE HEALTH PLANS, INC., and
COMPREHENSIVE HEALTH
MANAGEMENT, INC.,

                          Defendants.

Case No.: 1:22-CV-01743

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Maggie Lian, Cai Guo and Wei Chen hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated May 15, 2024, and annexed hereto as **Exhibit A**.

Dated: May 15, 2024

                                      Respectfully submitted,

By: _____
                                      C.K. Lee, Esq. (CL 4086)
                                      LEE LITIGATION GROUP, PLLC
                                      148 West 24th Street, 8th Floor
                                      New York, NY 10011
                                      Tel.: (212) 465-1188
                                      Fax: (212) 465-1181
                                      *Attorney for Plaintiffs, FLSA Collective*
                                      *Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

LITTLER MENDELSON, P.C.
Craig Robert Benson, Esq.
Cbenson@littler.com
Matthew R. Capobianco, Esq.
mcapobianco@littler.com
900 Third Avenue
New York, NY 10022
(212) 583-2682
(212) 832 2719
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.