UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAI GUO and WEI CHEN, *on behalf of themselves,*
FLSA Collective Plaintiffs and the Class,

                  Plaintiffs,

    v.

CENTENE CORPORATION,
CENTENE MANAGEMENT COMPANY LLC,
WELLCARE HEALTH PLANS, INC., and
COMPREHENSIVE HEALTH
MANAGEMENT, INC.,

                  Defendants.

Case No.: 1:22-cv-01743

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant CENTENE MANAGEMENT COMPANY LLC ("Defendant" or "Centene"), having offered to allow Plaintiffs MAGGIE LIAN, CAI GUO and WEI CHEN ("Plaintiffs") to take a judgment against it, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00) ("Judgment Amount"), to resolve all of Plaintiffs' individual claims against all Defendants, inclusive of attorneys' fees and costs, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated May 15, 2024 and filed as Exhibit A to Docket Number 60;

**WHEREAS**, on May 15, 2024, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendant's Offer of Judgment (Dkt. No. 60);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs MAGGIE LIAN, CAI GUO and WEI CHEN, in the sum of $50,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated May 15, 2024 and filed as Exhibit A to Docket Number 60. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024         _____
       New York, New York                                                                  U.S.D.J.